# PD-1083&1084&1085-15

CAUSE NUMBER: PD-1085-15 _____

| | | |
|---|---|---|
| TADARRAIAN ANTWOINE JOHNSON | § | IN THE COURT OF |
|     Appellant | § | CRIMINAL APPEALS |
| VS. | § | AUSTIN,TEXAS |
| THE STATE OF TEXAS | § | |

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 27 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
OCT 29 2015
Abel Acosta, Clerk

## APPELLANT'S MOTION REQUESTING LEAVE TO FILE AN ORIGINAL COPY OF ONLY ONE

### PETITION FOR DISCRETIONARY

### REVIEW

Appellant asks the Court to allow him to file only one original Petition for Discretionary Review,to his incarceration and lack of the availability of a copy machine and in accordance with Rule 9.3(b)(1),of the Texas Rules of Appellate Procedure,which requires a party to file one"original and 11 copies of any document addressed to the Court of Criminal Appeals..."

However,the Appellant relies on the provisions of Rule 2 of the Texas Rules of Appellate Procedure,which states:"On a party's motion...and appellate court may-to expedite a decision or for other good cause-suspend a rule's operation...and order a different procedure...."this Appellant("petitioner")moves the Court to suspend Rule 9.3(b),and allow him to file only one original Petition for Discretionary Review,due to his indigence,incarceration,and the fact that he is proceeding pro se.

### PRAYER

WHEREFORE,PREMISES CONSIDERED,the Petitioner prays this Court grant leave to file an original copy only of his Petition for Discretionary Review with this Court.

Respectfully Submitted,

TADARRARIAN A.JOHNSON
Petitioner/Appellant pro se/#1936248
Coffield Unit
2661 FM 2054
Tennessee Colony,Texas
75884

1.

## CERTIFICATE OF SERVICE

Petitioner hereby certifies that a true and correct copy of the foregoing Motion has been mailed to the office of the State Prosecuting Attorney, P.O.Box 12405, Capitol Station, Austin, Texas 78711, on this 7th day of October, 2015, AND also on this date, the main or original said document was sent to the clerk of the Court of Criminal Appeals, Mr.Abel Acosta and by prepaid U.S.mail, at P.O.Box 12308 Capitol Station, Austin, Texas 78711.

TADARRIAN A.JOHNSON

2.